IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES THERON CASE, | ) | No. C 11-03042 EJD (PR) |
|     Plaintiff, | ) ) | ORDER OF TRANSFER |
|  vs. | ) ) | |
| BOARD OF PRISON TERMS, et al., | ) ) | |
|     Defendants. | ) ) | (Docket No. 5) |

Plaintiff, a state prisoner proceeding pro se, initiated the instant civil rights action by filing a letter requesting relief from prison conditions at the California State Prison - Solano ("CSP") in Vacaville, California, which lies within Solano County. Furthermore, Plaintiff later filed a complaint in which he challenges a recent denial of parole at CSP. (Docket No. 4.) Because the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED:   October 31, 2011

EDWARD J. DAVILA
United States District Judge

Order of Transfer
03042Case_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES T CASE,

        Plaintiff,

  v.

BOARD OF PRISON TERMS, et al.,

        Defendants.

Case Number: CV11-03042 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/31/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James T. Case C-95699
CSP Solano State Prison
P. O. Box 4000
Vacaville, CA 95696

Dated: 10/31/2011

                      Richard W. Wieking, Clerk
                   /s/By: Elizabeth Garcia, Deputy Clerk